1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KARMAL DEXTER HOWARD, | ) | No. C 05-0500 MMC (PR) |
|---|---|---|
| Peititoner, | ) | **ORDER TO FILE SIGNED AMENDED PETITION** |
| v. | ) | |
| DAVID L. RUNNELS, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, a California state prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

Petitioner has not signed his petition. Pursuant to Rule 11, every pleading, written motion, or other paper filed in an action shall be signed by the party's attorney or, "if the party is not represented by an attorney, shall be signed by the party." Fed. R. Civ. P. 11(a). An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the party. Id.

Accordingly, this action is DISMISSED with leave to file a signed amended petition within **thirty (30) days** of the date this order is filed. Petitioner's amended petition shall be filed on the Court's form for habeas petitions. The amended petition must include the caption and civil case number used in this order (No. C 05-0500 MMC (PR)) and the words

1  AMENDED PETITION on the first page.

2  **Petitioner must include in the amended petition all the claims he wishes to present, and he may not include any unexhausted claims or incorporate material from prior petitions by reference. Failure to file an amended petition in conformity with this order shall result in the dismissal of this action without prejudice.**

6  IT IS SO ORDERED.

7  DATED: May 18, 2005

        /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge